# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 02-cr-00040-WYD-01 |
| JOE WILLIE HIGHTOWER ) | USM No: 27261-013 |
| ) | Gary Lozow |
| Date of Previous Judgment: December 19, 2008 ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Applicable)* ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  **X** the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ❒ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   257 months   months **is reduced to**   163 months   .

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 30 | |
| Criminal History Category: | VI | Criminal History Category: | VI | |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 168 to 210 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
❒ The reduced sentence is within the amended guideline range.
**X** The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other *(explain)*:

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   January 17, 2003,   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   January 15, 2013                              s/ Wiley Y. Daniel
                                                                                 *Judge's signature*

Effective Date: January 9, 2013                          Wiley Y. Daniel, Senior U.S. District Judge
         *(if different from order date)*                          *Printed name and title*